IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN SIMMONS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| THE BANK OF NEW YORK MELLON, | § | CIVIL ACTION NO. H-12-2901 |
| f/k/a The Bank of New York, | § | |
| as Trustee; JOHN LYNCH d/b/a | § | |
| AVT Title; and THE BANK OF | § | |
| AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendants' Motion for Judgment on the Pleadings, this action is **DISMISSED WITH PREJUDICE.**

Costs shall be taxed against the plaintiff.

This is a **FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this 29th day of January, 2013.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE