IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN SIMMONS, | § § | |
| Plaintiff, | § § | |
| v. | § § § | |
| THE BANK OF NEW YORK MELLON, f/k/a The Bank of New York, as Trustee; JOHN LYNCH d/b/a AVT Title; and THE BANK OF AMERICA, INC., | § § § § § § § | CIVIL ACTION NO. H-12-2901 |
| Defendants. | § | |

### FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendants' Motion for Judgment on the Pleadings, this action is **DISMISSED WITH PREJUDICE**.

Costs shall be taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 29th day of January, 2013.

SIM LAKE
UNITED STATES DISTRICT JUDGE